# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| TANIA BRAVO GILES, | ) | |
| Petitioner, | ) | Case No. 2:11-cv-01600-PMP-CWH |
| vs. | ) | **ORDER** |
| ROGELIO SANVICENTE BRAVO, *et al*., | ) | |
| Respondents. | ) | |

On October 5, 2011, Tania Bravo Giles filed a Petition for Judicial Review (#1) pursuant to the Hague Convention. On December 9, 2011 Respondents Rogelio Sanvicente Bravo and Eva Rodriguez Giles appeared at a status hearing and notified the Court that they have been financially unable to obtain counsel to respond to the petition. Significant factual issues arose at the hearing rendering appointment of counsel necessary in this matter.

Based on the statements of Respondents at the hearing, the nature of the petition, and because the interests of justice so require, the Court finds that pursuant to 18 U.S.C. § 3006A the Federal Public Defender shall be appointed to represent Respondents.

If the FPD is unable to represent petitioner (due to conflict of interest or other reasons), then alternate counsel for petitioner shall be located. In such event, alternate counsel shall be appointed by the Court. In either case, counsel will represent petitioner in all future federal proceedings in this court relating to this matter (including subsequent actions) and appeals therefrom, unless allowed to withdraw.

Accordingly,

**IT IS HEREBY ORDERED** that the Federal Public Defender is appointed to represent the Respondents in this matter. The Federal Public Defender for the District of Nevada shall have five (5) days to undertake direct representation of petitioner or to indicate to the Court its inability to represent Respondents in these proceedings.

**IT IS FURTHER ORDERED** that the Clerk shall send a copy of this order to the Federal Public Defender with a copy of the petition for judicial review.

**IT IS FURTHER ORDERED** that the Clerk shall send a copy of this order to Respondents at their last known address of 5055 E. Charleston Blvd., #C213 Las Vegas, Nevada 89104.

DATED this 20th day of December, 2011.

_____
**C.W. HOFFMAN, JR.**
**UNITED STATES MAGISTRATE JUDGE**