UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

TANIA BRAVO GILES,                )
                                  )   2:11-CV-01600-PMP-CWH
        Petitioner,               )
                                  )   **ORDER**
vs.                               )
                                  )
ROGELIO SANVICENTE BRAVO, *et al.,*)
                                  )
        Respondents.              )
                                  )

On January 27, 2012, the Honorable C. W. Hoffman, Jr., United States Magistrate Judge, entered a Report and Recommendation on Plaintiff's Petition for Judicial Review (Doc. #26) pursuant to the Hague Convention and the International Child Abduction Remedies Act. Specifically, Magistrate Judge Hoffman found that the Child in question should not be returned to Mexico pursuant to the Hague Convention and therefore recommended that Plaintiff's Petition (Doc. #1) be denied.

On February 13, 2012, Petitioner Giles filed an Objection to the Report and Recommendation of the United States Magistrate Judge (Doc. #28). On March 1, 2012, Respondents filed a Response to Petitioner's Objections (Doc. #29). Having reviewed the foregoing, and having conducted a *de novo* review of proceedings occurring before the Magistrate Judge, this Court finds that the Objections of Petitioner (Doc. #28) should be overruled, and the Recommendation of the Magistrate Judge (Doc. #26) should be affirmed.

1    **IT IS THEREFORE ORDERED** that Petitioner Tania Bravo Giles' Petition for
2    Judicial Review Pursuant to the Hague Convention and the International Child Abduction
3    Remedies Act (Doc. #1) is **DENIED**.
4    DATED: March 5, 2012.

_____
PHILIP M. PRO
United States District Judge