```
                    FILED              RECEIVED
                    ENTERED            SERVED ON
                           COUNSEL/PARTIES OF RECORD

                         AUG 1 2 2013

                       CLERK US DISTRICT COURT
                         DISTRICT OF NEVADA
                    BY:_____DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* *

TANIA GILES,

    Plaintiff(s),

vs.

ROGELIO BRAVO et al,

    Defendant(s).

2:11-cv-1600 PMP

## ORDER FOR DESTRUCTION OF EXHIBITS

As prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court, counsel was notified via Minute Order on **JULY 8, 2013** that they could retrieve the exhibits previously received into evidence that are in the custody of the Clerk's Office. **IT IS HEREBY ORDERED** that if exhibits are not retrieved by counsel prior to **AUGUST 12, 2013**, the Clerk is authorized to destroy said exhibits.

Dated: 8/8/13

_____
U.S. DISTRICT JUDGE