```
                    FILED            RECEIVED
                    ENTERED          SERVED ON
                               COUNSEL/PARTIES OF RECORD

                         AUG 1 2 2013

                    CLERK US DISTRICT COURT
                      DISTRICT OF NEVADA
                    BY:                    DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* *

| | |
|---|---|
| TANIA GILES, | 2:11-cv-1600 PMP |
| Plaintiff(s), | |
| vs. | |
| ROGELIO BRAVO et al, | |
| Defendant(s). | |

## ORDER FOR DESTRUCTION OF EXHIBITS

As prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court, counsel was notified via Minute Order on **JULY 8, 2013** that they could retrieve the exhibits previously received into evidence that are in the custody of the Clerk's Office. **IT IS HEREBY ORDERED** that if exhibits are not retrieved by counsel prior to **AUGUST 12, 2013**, the Clerk is authorized to destroy said exhibits.

Dated: 8/8/13

_____
U.S. DISTRICT JUDGE